IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD GRIM,  )
    Petitioner,  )
 )
v.  )  Civil Action No. 08-1129
 )
MARDI VINCENT, ETC., ET AL.,  )
    Respondents.  )

## ORDER

Petitioner Richard Grim has appealed the non-dispositive order, dated September 24, 2008, entered by United States Magistrate Judge Lisa Pupo Lenihan [document #10]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 3rd day of October, 2008, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc: The Honorable Lisa Pupo Lenihan,
    United States Magistrate Judge

    All parties of record